(June 8, 1978)

■ In the Matter of ELLA FRIEDUS, Appellant, v MILTON C. MARKOWITZ et al., Respondents.—Judgment, Supreme Court, New York County, entered March 16, 1977, unanimously affirmed for the reasons stated by Gellinoff, J., at Special Term. Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Birns, Silverman and Sullivan, JJ.

■ JAMAICA SAVINGS BANK, Appellant, v LINCOLN PLAZA, INC., et al., Defendants, and LINCOLN PLAZA TOWERS ASSOCIATES, Respondent.—Orders, Supreme Court, New York County, entered June 23, 1977 and September 13, 1977, respectively, unanimously affirmed for the reasons stated by Schwartz, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of these appeals. Concur—Murphy, P. J., Lupiano, Birns, Silverman and Sullivan, JJ.